# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FERUARY 11, 2021

## NO. 03-19-00358-CV

**The City of Austin, Appellant**

**v.**

**Brandy Credeur, Appellee**

## APPEAL FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
## REVERSED AND RENDERED -- OPINION BY CHIEF JUSTICE BYRNE

This is an interlocutory appeal of a denial of a plea to the jurisdiction signed by the trial court on May 3, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order denying the City's plea to the jurisdiction and renders judgment dismissing Credeur's claim against the City. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.